Luke A. Wake, Cal. Bar No. 264647*
Damien M. Schiff, Cal. Bar No. 235101*
Jeffrey W. McCoy, Cal. Bar No. 317377*
Charles T. Yates, Cal. Bar No. 327704*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org
DSchiff@pacificlegal.org
JMcCoy@pacificlegal.org
CYates@pacificlegal.org
   *Pro Hac Vice

*Attorneys for Plaintiffs*
*Inside Passage Electric Cooperative*
*and Alaska Power Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br> v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |

| | |
|---|---|
| GOVERNOR FRANK MURKOWSKI, *et al.*, | Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | CONSOLIDATED |
| v. | |
| TOM VILSACK, *et al.*, | |
| Defendants. | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER IF PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE IS GRANTED**

Plaintiffs and Defendants in the above-captioned related cases, and the Proposed Intervenor-Defendants Organized Village of Kake, Hoonah Indian Association, Ketchikan Indian Community, Organized Village of Kasaan, The Boat Company, UnCruise Adventures, Alaska Longline Fishermen's Association, Alaska Wilderness League, Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, Natural Resources Defense Council, Sierra Club, Southeast Alaska Conservation Council, The Wilderness Society, and Women's Earth and Climate (collectively, the "Parties"), respectfully move the Court to modify its December 11, 2023, scheduling order in the event the Court grants the motion to intervene filed by the Proposed Intervenor-Defendants on January 30, 2024.

If this Court grants the Proposed Intervenor-Defendants' motion to intervene, good cause will exist to modify the scheduling order. In support of this Motion, the Parties set forth the following:

1. Plaintiffs filed *State of Alaska v. U.S. Department of Agriculture, et al.*, Case No. 3:23-cv-00203-SLG on September 8, 2023; *Inside Passage Electric Cooperative and Alaska Power Association v. U.S. Department of Agriculture and Thomas Vilsack*, Case No. 3:23-cv-00204-SLG, on September 8, 2023; and *Governor Frank Murkowski, et al. v.*

*State of Alaska v. USDA*
No. 3:23-cv-00203-SLG – Lead Case

2

Case 3:23-cv-00203-SLG   Document 28   Filed 02/14/24   Page 2 of 7

*Tom Vilsack, et al.*, Case No. 1:23-cv-00010-SLG, on September 11, 2023. Those cases were consolidated in the above-captioned case by order of this Court on December 11, 2023. ECF No. 16.

2. This Court also issued an order granting a jointly proposed scheduling order on December 11, 2023. ECF No. 17.

3. Pursuant to that scheduling order, the Defendants have already filed answers to the Plaintiffs' respective complaints and have lodged the administrative record for all three cases under the above-captioned case.

4. On January 30, 2024, the Proposed Intervenor-Defendants filed their motion to intervene. ECF No. 21.

5. The Parties have conferred and agree that it would reduce administrative burdens for the Court and the parties to modify the existing scheduling order should the Proposed Intervenor-Defendants' motion be granted.

6. Plaintiffs did not oppose the Proposed Intervenor-Defendants' motion to intervene. Federal Defendants took no position on Proposed Intervenor-Defendants' motion.

7. The Parties have agreed that modifications to the schedule would be warranted to accommodate Proposed Intervenor-Defendants' participation. The Parties wish to ensure that the Proposed Intervenor-Defendants' participation will not result in duplicative briefing, and that Plaintiffs will be afforded sufficient time and space to respond to any unique arguments raised by Proposed Intervenor-Defendant. The Parties therefore request this Court order a modest adjustment to the existing schedule if the Proposed Intervenor-Defendants' motion is granted.

*State of Alaska v. USDA*
No. 3:23-cv-00203-SLG – Lead Case
3
Case 3:23-cv-00203-SLG   Document 28   Filed 02/14/24   Page 3 of 7

8. The Parties specifically request that Proposed Intervenor-Defendants be required to file their summary judgment briefing 10 days after the Federal Defendants in order to avoid unnecessary or duplicative briefing, that all subsequent deadlines be pushed back by 10 days, and that Plaintiffs be provided an additional 10 pages for their opposition/reply briefs. Additionally, the Parties request that this Court push back the date for Plaintiffs to file their motions for summary judgment by 7 days.

9. Accordingly, in the event that the Court grants the Proposed Intervenor-Defendants' motion to intervene, the Parties jointly request that the Court modify its scheduling order as follows:

10. Plaintiffs shall separately file their respective opening summary judgment briefs in these consolidated matters by ~~March 12~~ **March 19, 2024** or **60 days** after Defendants' filing or lodging of any supplementation of the administrative record, whichever is later.

11. The Federal Defendants will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions no later than **60 days** after Plaintiffs' opening briefs are filed.

12. Defendant-Intervenors will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions **10 days** after the Federal Defendants file their motion for summary judgment and response to Plaintiffs' motions.

13. Plaintiffs may separately file their respective combined replies in support of summary judgment and responses to Defendants' cross-motion for summary judgment no

*State of Alaska v. USDA*
No. 3:23-cv-00203-SLG – Lead Case
4
Case 3:23-cv-00203-SLG   Document 28   Filed 02/14/24   Page 4 of 7

later than ~~45~~ **55 days** after the Federal Defendants' cross-motion and response. Plaintiffs are permitted an extension of 10 additional pages for their replies.

14. The Federal Defendants may file their combined reply in support of their cross-motion for summary judgment no later than **45 days** after Plaintiffs' responses.

15. Defendant-Intervenors may then file their combined reply in support of their cross-motion for summary judgment **10 days** after the Federal Defendants file their combined reply.

The parties have attached a proposed scheduling order for the Court's endorsement if it grants the Proposed Defendant-Intervenors' motion to intervene and approves the Parties' request to modify the scheduling order. If the Court denies the Proposed Defendant-Intervenors' motion to intervene, the Parties do not request any modification of the Court's scheduling order.

DATED: February 14, 2024.

Respectfully submitted,

LUKE A. WAKE*
DAMIEN M. SCHIFF*
JEFFREY W. McCOY*
CHARLES T. YATES*

By   /s/ Luke A Wake
   LUKE A. WAKE, *Pro Hac Vice*
   Cal. Bar No. 264647

*Pro Hac Vice*

*Attorneys for Plaintiffs
Inside Passage Electric Cooperative
and Alaska Power Association*

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Thad Adkins
Thad Adkins (Alaska Bar No. 2205032)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thad.adkins@alaska.gov
ron.opsahl@alaska.gov

*Counsel for Plaintiff State of Alaska*


By:/s/ James F. Clark
James F. Clark, Alaska Bar #6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
jfclarkiii@gmail.com

*Counsel for Plaintiffs Frank H. Murkowski, et al.*

*State of Alaska v. USDA*
No. 3:23-cv-00203-SLG – Lead Case
6
Case 3:23-cv-00203-SLG   Document 28   Filed 02/14/24   Page 6 of 7

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


By: /s/ Paul G. Freeborne
PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

EMMA L. HAMILTON
Trial Attorney
CA State Bar No. 325360
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*


By: /s/ Ian Fein
IAN FEIN, *Pro Hac Vice*
CA State Bar No. 281394
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6147
Email: ifein@nrdc.org

*Counsel for Proposed Intervenor-Defendants*