IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  v.<br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |
| GOVERNOR FRANK MURKOWSKI, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>TOM VILSACK, *et al.*,<br><br>       Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO MODIFY SCHEDULING ORDER**

For good cause shown, the Court hereby GRANTS the Parties' Joint Motion To Modify Scheduling Order. The previous scheduling order entered on December 11, 2023, is hereby amended and the Court ORDERS the parties to comply with the following amended briefing schedule:

10. Plaintiffs shall separately file their respective opening summary judgment briefs in these consolidated matters by **March 19, 2024** or **60 days** after Defendants' filing or lodging of any supplementation of the administrative record, whichever is later.

11. The Federal Defendants will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions no later than **60 days** after Plaintiffs' opening briefs are filed.

12. Defendant-Intervenors will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions **10 days** after the Federal Defendants file their motion for summary judgment and response to Plaintiffs' motions.

13. Plaintiffs may separately file their respective combined replies in support of summary judgment and responses to Defendants' cross-motion for summary judgment no later than **55 days** after the Federal Defendants' cross-motion and response. Plaintiffs are permitted an extension of 10 additional pages for their replies.

14. The Federal Defendants may file their combined reply in support of their cross-motion for summary judgment no later than **45 days** after Plaintiffs' responses.

15. Defendant-Intervenors may then file their combined reply in support of their cross-motion for summary judgment **10 days** after the Federal Defendants file their combined reply.

It is so ORDERED.

ENTERED: _____, 2024.

Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

*State of Alaska v. USDA*
No. 3:23-cv-00203-SLG – Lead Case
2
Case 3:23-cv-00203-SLG   Document 28-1   Filed 02/14/24   Page 2 of 2