# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,

        Plaintiff,

    v.

THE UNITED STATES
DEPARTMENT OF AGRICULTURE,
*et al.*,

        Defendants,

ORGANIZED VILLAGE OF KAKE, *et al.*,

        Intervenor-Defendants.

Case No. 3:23-cv-00203-SLG

CONSOLIDATED

LEAD CASE

---

INSIDE PASSAGE ELECTRIC
COOPERATIVE, *et al.*,

        Plaintiffs,

    v.

THE UNITED STATES
DEPARTMENT OF AGRICULTURE,
*et al.*,

        Defendants.

Case No. 3:23-cv-00204-SLG

CONSOLIDATED

---

*GOVERNOR FRANK H.
MURKOWSKI, *et al.*,

        Plaintiffs,

    v.

TOM VILSACK, *et al.*,

        Defendants.

Case No. 1:23-cv-00010-SLG

CONSOLIDATED

## <u>ORDER RE ORGANIZED VILLAGE OF KAKE *ET AL.'s* MOTION TO INTERVENE</u>

Before the Court at Docket 21 is the Organized Village of Kake, *et al.'s* Motion to Intervene. Plaintiffs did not file a response to the motion and Federal Defendants take no position on this motion. Upon due consideration, the motion is hereby GRANTED.

IT IS ORDERED, Organized Village of Kake, *et al.*, are admitted into this litigation as intervenor-defendants with full rights of participation, pursuant to Federal Rule of Civil Procedure 24(a). A clean copy of each of the proposed Answers lodged at Dockets 21-23, 21-24, and 21-25 shall be filed within 7 days of the date of this order. The case caption is amended as shown above.

DATED this 16th day of February, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00203-SLG, *SOA v. US Dept. of Agriculture, et al.*
Order re Organized Village of Kake, *et al.'s* Motion to Intervene
Page 2 of 2

Case 3:23-cv-00203-SLG   Document 29   Filed 02/16/24   Page 2 of 2