TREG TAYLOR
ATTORNEY GENERAL
Thad Adkins (Alaska Bar No. 2205032)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thad.adkins@alaska.gov
ron.opsahl@alaska.gov

Attorneys for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | |
| Plaintiff, | Case No. 3:23-cv-00203-SLG |
| v. | CONSOLIDATED |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | LEAD CASE |
| Defendants, | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | |
| Intervenor-Defendants | |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*, | |
| Plaintiffs, | Case No. 3:23-cv-00204-SLG |
| v. | CONSOLIDATED |

|  |  |
|---|---|
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) ) |
| Defendants, | ) ) |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) ) ) ) |
| Intervenor-Defendants | ) ) ) ) |
| GOVERNOR FRANK MURKOWSKI, et al. | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| TOM VILSACK, *et al.*, | ) ) |
| Defendants, | ) ) ) |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) ) ) ) |
| Intervenor-Defendants | ) ) ) ) |

Case No. 1:23-cv-00010-SLG

CONSOLIDATED

**STATE'S MOTION FOR EXTENSION AND SCHEDULE MODIFICATION**

Plaintiff State of Alaska, pursuant to L.Civ.R. 16.3(c)(5), requests a 14-day extension of time in which to file its opening brief and accordingly moves for a modification of the Scheduling Order. Counsel for Plaintiffs *Governor Frank Murkowski, et al.*, and *Inside Passage Electric Cooperative* do not object, and opposing counsel were

*SOA v. USDA, et al.*     Case No. 3:23-cv-00203-SLG
State's Motion for Extension and Schedule Modification     Page 2 of 5
Case 3:23-cv-00203-SLG    Document 34    Filed 03/15/24    Page 2 of 5

notified but their position is unknown. Given the timing the State has filed this motion prior to obtaining their response.

In support of this motion, the State sets forth the following:

1. The Court has ordered one previous schedule adjustment related to the entry of *Organized Village of Kake, et al.*, as Intervenor-Defendants. The Court entered that *Order Granting Joint Motion to Modify Scheduling Order* at Docket 30 on February 16, 2024, which added 7 days to the initiation of briefing and set that date as March 19, 2024, or 60 days after Defendants' filing or lodging of any supplementation of the administrative record, whichever is later.

2. The L.Civ.R. 16.3(c)(5), allows one 14-day extension of time to be routinely granted for each brief.

3. Accordingly, the State requests that the Court modify its scheduling order as follows:

4. Plaintiffs shall separately file their respective opening summary judgment briefs in these consolidated matters by April 2, 2024.

5. The Federal Defendants will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions no later than 60 days after Plaintiffs' opening briefs are filed.

6. Defendant-Intervenors will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions 10 days after the Federal

*SOA v. USDA, et al.*     Case No. 3:23-cv-00203-SLG
State's Motion for Extension and Schedule Modification     Page 3 of 5
Case 3:23-cv-00203-SLG    Document 34    Filed 03/15/24    Page 3 of 5

Defendants file their motion for summary judgment and response to Plaintiffs' motions.

7. Plaintiffs may separately file their respective combined replies in support of summary judgment and responses to Defendants' cross-motion for summary judgment no later than 55 days after the Federal Defendants' cross-motion and response. Plaintiffs are permitted an extension of 10 additional pages for their replies.

8. The Federal Defendants may file their combined reply in support of their cross-motion for summary judgment no later than 45 days after Plaintiffs' responses.

9. Defendant-Intervenors may then file their combined reply in support of their cross-motion for summary judgment 10 days after the Federal Defendants file their combined reply.

10. The State has attached a proposed scheduling order for the Court's endorsement.

Respectfully submitted.

DATED this 15th day of March, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Thad Adkins
Thad Adkins (Alaska Bar No. 2205032)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law

*SOA v. USDA, et al.*     Case No. 3:23-cv-00203-SLG
State's Motion for Extension and Schedule Modification     Page 4 of 5
Case 3:23-cv-00203-SLG  Document 34  Filed 03/15/24  Page 4 of 5

1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thad.adkins@alaska.gov
ron.opsahl@alaska.gov

Certificate of Service

I certify that on March 15, 2024, a true and correct copies
were served by electronic means through the ECF/CM system.

*/s/ Christian S. Faatoafe*
Christian S. Faatoafe
Law Office Assistant II

*SOA v. USDA, et al.*     Case No. 3:23-cv-00203-SLG
State's Motion for Extension and Schedule Modification     Page 5 of 5
Case 3:23-cv-00203-SLG   Document 34   Filed 03/15/24   Page 5 of 5