# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>      Defendants,<br><br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br><br>      Intervenor-Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>      Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |
| *GOVERNOR FRANK MURKOWSKI, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>TOM VILSACK, *et al.*,<br><br>      Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

# ORDER RE STATE'S MOTION FOR EXTENSION AND SCHEDULE MODIFICATION

Before the Court at Docket 34 is the State's Motion for Extension and Schedule Modification. Defendants and Intervenor-Defendants filed a response of non-opposition to the motion at Docket 35. For good cause shown, the motion is hereby GRANTED. The previous scheduling order at Docket 30 is amended as follows:

1. Plaintiffs shall separately file their respective opening summary judgment briefs in these consolidated matters by **April 2, 2024**.

2. The Federal Defendants will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions no later than **June 12, 2024**.

3. Defendant-Intervenors will then file a combined cross-motion for summary judgment and a response to Plaintiffs' motions 10 days after the Federal Defendants file their motion for summary judgment and response to Plaintiffs' motions.

4. Plaintiffs may separately file their respective combined replies in support of summary judgment and responses to Defendants' cross-motion for summary judgment no later than 55 days after the Federal Defendants' cross-motion and response. Plaintiffs are permitted an extension of 10 additional pages for their replies.

Case No. 3:23-cv-00203-SLG, *SOA v. US Dept. of Agriculture, et al.*
Order re State's Motion for Extension and Schedule Modification
Page 2 of 3

Case 3:23-cv-00203-SLG   Document 36   Filed 03/19/24   Page 2 of 3

5. The Federal Defendants may file their combined reply in support of their cross-motion for summary judgment no later than 45 days after Plaintiffs' responses.

6. Defendant-Intervenors may then file their combined reply in support of their cross-motion for summary judgment 10 days after the Federal Defendants file their combined reply.

IT IS SO ORDERED.

DATED this 19th day of March, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00203-SLG, *SOA v. US Dept. of Agriculture, et al.*
Order re State's Motion for Extension and Schedule Modification
Page 3 of 3
Case 3:23-cv-00203-SLG   Document 36   Filed 03/19/24   Page 3 of 3