IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>   Plaintiff,<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>   Defendants,<br><br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br><br>   Intervenor-Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>   Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |
| *GOVERNOR FRANK MURKOWSKI, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>TOM VILSACK, *et al.*,<br><br>   Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

## ORDER RE UNOPPOSED JOINT MOTION TO MODIFY SCHEDULE

Before the Court at Docket 50 is the Unopposed Joint Motion of Plaintiffs Inside Passage Electric Cooperative, et al, Governor Frank Murkowski, et al., and State of Alaska for Extension and Schedule Modification. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED, the scheduling order at Docket 43 is modified as given below:

1. Plaintiffs will separately file their respective combined replies in support of summary judgment and responses to Defendants' cross-motion for summary judgment by **September 19, 2024**. Plaintiffs are permitted an extension of 10 additional pages for their replies.

2. The Federal Defendants may file their combined reply in support of their cross-motion for summary judgment no later than **November 4, 2024**.

3. The Intervenor-Defendants may file their combined reply in support of their cross-motion for summary judgment 10 days after the Federal Defendants file their combined reply.

DATED this 9th day of August 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00203-SLG, *SOA v. US Dept. of Agriculture, et al.*
Order re Unopposed Joint Motion to Modify Schedule
Page 2 of 2
Case 3:23-cv-00203-SLG   Document 51   Filed 08/09/24   Page 2 of 2