TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

EMMA L. HAMILTON
Trial Attorney
CA State Bar No. 325360
Natural Resources Section
201 Third Street, N.W., Suite 900 Albuquerque, NM 87102
Tel: (202) 305-5689
Email: emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00203-SLG |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

|  |  |  |
|---|---|---|
| INSIDE PASSAGE ELECTRIC COOPERATIVE, et al., | ) ) ) ) | Case No. 3:23-cv-00204-SLG |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) ) |  |
| Defendants. | ) |  |
| GOVERNOR FRANK MURKOWSKI, et al. | ) ) ) | Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| TOM VILSACK, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## JOINT MOTION TO RESCHEDULE ORAL ARGUMENT

The parties jointly move the Court to reschedule oral argument in the above-captioned consolidated cases. The Court recently granted Plaintiffs' request for oral argument, and scheduled argument on the pending cross-motions for summary judgment for November 4, 2024. *See* ECF No. 56. Federal Defendants' reply brief in support of their summary judgment motion is not due until November 4, however, and Intervenors' reply brief in support of their motion is not due until 10 days later, on November 14. *See* ECF No. 51.

*SOA v. U.S DOA, et al.*     Case No. 3:23-cv-00203-SLG
Joint Motion to Reschedule Oral Argument     Page 2 of 4
Case 3:23-cv-00203-SLG     Document 57     Filed 10/21/24     Page 2 of 4

The parties therefore respectfully request that oral argument be rescheduled for a later date. After conferring, the parties propose the following date ranges in early 2025 when they are all available for argument: January 13-17; January 27-March 7; March 24-April 22.

DATED this 21st day of October, 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

By: /s/ *Paul G. Freeborne*
PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

*Counsel for Federal Defendants*

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ *Thad Adkins*
Thad Adkins
AK Bar No. 2205032
Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5232
Fax: (907) 276-3697
Email: thad.adkins@alaska.gov

*Counsel for Plaintiff State of Alaska*

*SOA v. U.S DOA, et al.*     Case No. 3:23-cv-00203-SLG
Joint Motion to Reschedule Oral Argument     Page 3 of 4
Case 3:23-cv-00203-SLG    Document 57    Filed 10/21/24    Page 3 of 4

By: /s/ *James F. Clark*
James F. Clark
AK Bar No. 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Email: jfclarkiii@gmail.com

*Counsel for Plaintiffs Frank H. Murkowski, et al.*

By: /s/ *Luke A. Wake*
Luke A. Wake
CA Bar No. 264647 (*pro hac vice*)
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
Email: LWake@pacificlegal.org

*Counsel for Plaintiffs Inside Passage Electric Cooperative and Alaska Power Association*

By: /s/ *Ian Fein*
Ian Fein
CA Bar No. 281394 (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: 415.875.6147
Email: ifein@nrdc.org

*Counsel for Intervenors*

*SOA v. U.S DOA, et al.*     Case No. 3:23-cv-00203-SLG
Joint Motion to Reschedule Oral Argument     Page 4 of 4
Case 3:23-cv-00203-SLG   Document 57   Filed 10/21/24   Page 4 of 4