# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:23-cv-00203-SLG |
| v. | ) | CONSOLIDATED |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) | LEAD CASE |
| Defendants, | ) | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) | |
| Intervenor-Defendants | ) | |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 3:23-cv-00204-SLG |
| v. | ) | CONSOLIDATED |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) | |
| Defendants, | ) | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) | |
| Intervenor-Defendants | ) | |

*SOA v. U.S. DOA, et al.*
Proposed Order re Defendants' Motion for Extension of Time and Page Extension

| | |
|---|---|
| GOVERNOR FRANK MURKOWSKI, et al. | )<br>)<br>) Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | )<br>)  CONSOLIDATED |
| v. | )<br>) |
| TOM VILSACK, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | )<br>) |
| Intervenor-Defendants | )<br>) |

## [PROPOSED] ORDER RE PARTIES' JOINT MOTION TO RESCHEDULE ORAL ARGUMENT

Before the Court is the Parties' Joint Motion to Reschedule Oral Argument. For good cause shown, the motion is hereby GRANTED, and the previous Order, ECF No. 56, scheduling oral argument for November 4, 2024 is hereby rescinded. Oral argument will be held on _____.

IT IS SO ORDERED.

DATED this ____ day of October, 2024, at Anchorage, Alaska

_____
Sharon L. Gleason
UNITED STATES CHIEF DISTRICT JUDGE

*SOA v. U.S. DOA, et al.*
Proposed Order re Parties' Joint Motion to Reschedule Oral Argument
Page 2 of 2     Case No. 3:23-cv-00203-SLG

Case 3:23-cv-00203-SLG     Document 57-1     Filed 10/21/24     Page 2 of 2