TREG TAYLOR
ATTORNEY GENERAL
Thad Adkins (Alaska Bar No. 2205032)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thad.adkins@alaska.gov
 ron.opsahl@alaska.gov

Attorneys for State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) |
|     Plaintiff, | )   Case No. 3:23-cv-00203-SLG |
| | ) |
|       v. | )   CONSOLIDATED |
| | ) |
| THE UNITED STATES | )   LEAD CASE |
| DEPARTMENT OF AGRICULTURE, | ) |
| et al., | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| ORGANIZED VILLAGE OF KAKE, | ) |
| *et al.*, | ) |
| | ) |
|     Intervenor- | ) |
|     Defendants | ) |
| | ) |
| INSIDE PASSAGE ELECTRIC | ) |
| COOPERATIVE, *et al.*, | ) |
| | )   Case No. 3:23-cv-00204-SLG |
|     Plaintiffs, | ) |
| | )   CONSOLIDATED |
| | ) |

ATTORNEY GENERAL, STATE OF ALASKA
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE (907) 269-5100

ATTORNEY GENERAL, STATE OF ALASKA
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE (907) 269-5100

1              v.                     )

2                                  )
   THE UNITED STATES

3   DEPARTMENT OF AGRICULTURE,   )
   *et al.*,

4                                  )

5          Defendants,            )

6   ORGANIZED VILLAGE OF KAKE,   )
   *et al.*,

7                                  )
          Intervenor-

8          Defendants.           )

9   _____ )
   GOVERNOR FRANK MURKOWSKI, )

10  et al.                             )  Case No. 1:23-cv-00010-SLG

11         Plaintiffs,             )
                                  )  CONSOLIDATED

12              v.                     )

13                                 )
   TOM VILSACK, *et al.*,

14                                 )

15         Defendants,            )

16  ORGANIZED VILLAGE OF KAKE,   )
   *et al.*,

17                                 )
          Intervenor-

18         Defendants.           )

19  **PLAINTIFFS' MOTION TO RESCHEDULE ORAL ARGUMENT**

20        All Plaintiffs move the Court to reschedule oral argument in the above-captioned

21

22  consolidated cases. Defendants do *not* oppose, and Intervenor-Defendants take no

23  position on the motion. The Court recently scheduled the argument on the pending

24  motions for summary judgment for January 30, 2025. *See* ECF DKT 58. That hearing was

25

26

*SOA v. U.S DOA, et al.*                           Case No. 3:23-cv-00203-SLG
Plaintiffs' Motion to Reschedule Oral Argument         Page 2 of 4

originally requested by Plaintiffs Inside Passage Electric Cooperative, et al. *See* ECF Nos. 38 and 54.

Additional time is needed to navigate the federal administration change set for January 20, 2025. A later hearing date will allow all parties sufficient time to gain clarity on expected position realignments and explore potential alternative resolutions to this litigation. This request will most efficiently utilize the Court's time and resources, and may avoid the need for a last minute hearing postponement.

The parties therefore respectfully request that oral argument be rescheduled sometime after May 1, 2025, on a date selected by the Court.

DATED this 9th day of December, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Thad Adkins*
Thad Adkins
AK Bar No. 2205032
Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5232
Fax: (907) 276-3697
Email: thad.adkins@alaska.gov

*Counsel for Plaintiff State of Alaska*

ATTORNEY GENERAL, STATE OF ALASKA
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE (907) 269-5100

ATTORNEY GENERAL, STATE OF ALASKA
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE (907) 269-5100

1   By: /s/ *James F. Clark*
    James F. Clark
2   AK Bar No. 6907025
    Law Office of James F. Clark
3   1109 C Street
    Juneau, Alaska 99801
4   Tel: 907-586-0122
    Email: jfclarkiii@gmail.com
5

6   *Counsel for Plaintiffs Frank H. Murkowski,*
    *et al.*
7

8

9   By: /s/ *Luke A. Wake*
    Luke A. Wake
10  CA Bar No. 264647 (*pro hac vice*)
    Pacific Legal Foundation
11  555 Capitol Mall, Suite 1290
    Sacramento, CA 95814
12  Tel: (916) 419-7111
    Email: LWake@pacificlegal.org
13

14  *Counsel for Plaintiffs Inside Passage Electric*
    *Cooperative and Alaska Power Association*
15

16

17

18

19

20

21

22

23

24

25

26

*SOA v. U.S DOA, et al.*                           Case No. 3:23-cv-00203-SLG
Plaintiffs' Motion to Reschedule Oral Argument                Page 4 of 4

**CERTIFICATE OF SERVICE**

I certify that on December 9, 2024, a true and correct copies were served by electronic means through the ECF/CM system.


/s/ Anadela Gallego
Anadela Gallego
Law Office Assistant

ATTORNEY GENERAL, STATE OF ALASKA
1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE (907) 269-5100

*SOA v. U.S DOA, et al.*                                    Case No. 3:23-cv-00203-SLG
Plaintiffs' Motion to Reschedule Oral Argument          Page 5 of 4
Case 3:23-cv-00203-SLG     Document 66     Filed 12/09/24     Page 5 of 5