LISA L. RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

EMMA L. HAMILTON
Trial Attorney
CA State Bar No. 325360
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
Email: emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:23-cv-00203-SLG |
| | ) |
| v. | ) CONSOLIDATED |
| | ) |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) LEAD CASE |
| | ) |
| Defendants, | ) |

*SOA v. U.S. DOA, et al.*
Motion to Withdraw as Counsel

| | | |
|---|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) ) ) | |
| Intervenor-Defendants | ) ) ) ) | |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*, | ) ) ) ) | Case No. 3:23-cv-00204-SLG |
| Plaintiffs, | ) ) | CONSOLIDATED |
| v. | ) ) | |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) | |
| Defendants, | ) ) | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) ) ) | |
| Intervenor-Defendants | ) ) ) ) | |
| GOVERNOR FRANK MURKOWSKI, et al. | ) ) ) | Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | ) ) | CONSOLIDATED |
| v. | ) ) | |
| TOM VILSACK, *et al.*, | ) ) | |
| Defendants, | ) ) | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) ) ) ) | |
| Intervenor-Defendants | ) ) ) | |

*SOA v. U.S. DOA, et al.*
Motion to Withdraw as Counsel
Page 2 of 4       Case No. 3:23-cv-00203-SLG

Case 3:23-cv-00203-SLG   Document 68   Filed 02/21/25   Page 2 of 4

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.R. 11.1(c)(5), Paul G. Freeborne moves to withdraw as counsel for the Federal Defendants. Undersigned counsel is retiring from federal service. Emma L. Hamilton will continue to represent the Federal Defendants. Counsel for Plaintiffs and Intervenor-Defendants have been advised of counsel's withdrawal.

DATED this 21st day of February 2025.

Respectfully submitted,

LISA L. RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Paul G. Freeborne
PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

*Counsel for Federal Defendants*

*SOA v. U.S. DOA, et al.*
Motion to Withdraw as Counsel
Page 3 of 4  Case No. 3:23-cv-00203-SLG

Case 3:23-cv-00203-SLG    Document 68    Filed 02/21/25    Page 3 of 4

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, I filed the foregoing using the Court's ECF system, which will provide service to all counsel of record.

> */s/   Paul G. Freeborne*
> PAUL G. FREEBORNE
> Trial Attorney

*SOA v. U.S. DOA, et al.*
Motion to Withdraw as Counsel
Page 4 of 4                     Case No. 3:23-cv-00203-SLG

Case 3:23-cv-00203-SLG   Document 68   Filed 02/21/25   Page 4 of 4