TREG TAYLOR
ATTORNEY GENERAL
Emily Feenstra Rooks (Alaska Bar No. 2002009)
Assistant Attorney General
Thad Adkins (Alaska Bar No. 2205032)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: emily.rooks@alaska.gov
thad.adkins@alaska.gov
ron.opsahl@alaska.gov

Attorneys for State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) Case No. 3:23-cv-00203-SLG |
| v. | ) CONSOLIDATED |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE et al., | ) LEAD CASE |
| Defendants, | ) |
| ORGANIZED VILLAGE OF KAKE *et al.*, | ) |
| Intervenor-Defendants | ) |
| INSIDE PASSAGE ELECTRIC COOPERATIVE *et al.*, | ) |
| Plaintiffs, | ) Case No. 3:23-cv-00204-SLG |

*Orutsararmiut Nat. Council v. Corps of Eng'rs*      Case No. 3:23-cv-0071-SLG
Alaska's Resp. to Pls' Supp. Br. Addressing Remedy      Page 1 of 4

|  | ) | CONSOLIDATED |
|---|---|---|
| v. | ) | |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE *et al.*, | ) | |
| Defendants, | ) | |
| ORGANIZED VILLAGE OF KAKE *et al.*, | ) | |
| Intervenor-Defendants. | ) | |
| GOVERNOR FRANK MURKOWSKI et al., | ) | Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | ) | CONSOLIDATED |
| v. | ) | |
| BROOKE ROLLINS *et al.,* | ) | |
| Defendants, | ) | |
| ORGANIZED VILLAGE OF KAKE *et al.*, | ) | |
| Intervenor-Defendants. | ) | |

**STATE OF ALASKA'S NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 11.1(c)(5), Plaintiff State of Alaska provides notice that Thad Adkins withdraws as counsel, and Emily Feenstra Rooks is substituted as counsel in this matter for the State of Alaska, effective with this notice. Ms. Rooks' contact information appears in the signature block below.

Ronald Opsahl will remain as counsel for the State of Alaska.

*Orutsararmiut Nat. Council v. Corps of Eng'rs*  Case No. 3:23-cv-0071-SLG
Alaska's Resp. to Pls' Supp. Br. Addressing Remedy  Page 2 of 4

Case 3:23-cv-00203-SLG   Document 72   Filed 03/21/25   Page 2 of 4

DATED this 21 day of March, 2025.

        TREG TAYLOR
        ATTORNEY GENERAL

        By: /s/ *Emily Feenstra Rooks*
        Emily Rooks
        AK Bar No. 2002009
        Assistant Attorney General
        1031 West 4th Avenue, Suite 200
        Anchorage, Alaska 99501
        Tel: (907) 269-5232
        Fax: (907) 276-3697
        Email: emily.rooks@alaska.gov
        *Counsel for Plaintiff State of Alaska*

        By: */s/ Thad Adkins*
        Thad Adkins
        AK Bar No. 2205032
        Assistant Attorney General
        Department of Law
        1031 West 4th Avenue, Suite 200
        Anchorage, Alaska 99501
        Tel: (907) 269-5232
        Fax: (907) 276-3697
        Email: thad.adkins@alaska.gov

        *Counsel for Plaintiff State of Alaska*

*Orutsararmiut Nat. Council v. Corps of Eng'rs*     Case No. 3:23-cv-0071-SLG
Alaska's Resp. to Pls' Supp. Br. Addressing Remedy     Page 3 of 4

Case 3:23-cv-00203-SLG   Document 72   Filed 03/21/25   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, the foregoing **STATE OF ALASKA'S NOTICE OF SUBSTITUTION OF COUNSEL** was served electronically on all parties listed on the CM/ECF system.

/s/ *Christina M. Fisher*
Christina M. Fisher
Legal Office Assistant

*Orutsararmiut Nat. Council v. Corps of Eng'rs*     Case No. 3:23-cv-0071-SLG
Alaska's Resp. to Pls' Supp. Br. Addressing Remedy     Page 4 of 4

Case 3:23-cv-00203-SLG     Document 72     Filed 03/21/25     Page 4 of 4