ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tele: (202) 305-5689 | Fax: (505) 346-7205
emma.hamilton@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>        Defendants,<br><br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>        Defendants,<br><br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |

| | |
|---|---|
| GOVERNOR FRANK MURKOWSKI, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>                Defendants,<br><br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br><br>                Intervenor-Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

**JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS**

In response to this Court's order, dated June 11, 2025 (ECF No. 78), Plaintiffs and Federal Defendants hereby submit this report to apprise the Court of the status of this litigation. Plaintiffs and Federal Defendants jointly submit that:

1. On December 11, 2024, this Court issued a case management order denying all pending motions without prejudice and allowing refiling after April 1, 2025. ECF No. 67.

2. On April 8, 2025, Plaintiffs and Federal Defendants submitted a joint report notifying the Court that new agency officials at the Department of Agriculture and the Department of Justice are in the process of familiarizing themselves with the issues presented in this case and related litigation, and required additional time to navigate potential position realignments and to discuss alternative resolutions to this litigation. ECF No. 75.

*SOA v. USDA, et al.*  
Joint Status Report  
Case No. 3:23-cv-0203-SLG  
Page 2 of 6  
Case 3:23-cv-00203-SLG   Document 79   Filed 07/09/25   Page 2 of 6

3. Since that report, the Department of Agriculture has notified Tribal and Alaska Native Corporation leaders of the opportunity to consult on proposed revisions to 36 C.F.R. Part 294 that would place a temporary moratorium on all activities and privileges authorized by the 2023 final rule challenged in this litigation and reinstate the final rule entitled "Special Areas; Roadless Area Conservation; National Forest System Lands in Alaska," 85 Fed. Reg. 68688 (October 29, 2020).[1] Those notices included an invitation to attend a tribal forum on the proposed rule to be held on July 15, 2025.

4. The Department of Agriculture's work on the rulemaking package is ongoing.

5. The parties propose filing a status report in 60 days either advising the Court on the parties' progress toward case resolution or proposing a schedule to renew cross-motions for summary judgment.

6. Intervenor-Defendants have confirmed that they do not oppose this filing.

DATED: July 9, 2025.

    Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        By: */s/ Emma L. Hamilton*
        EMMA L. HAMILTON
        Trial Attorney
        Natural Resources Section

---

[1] *See* https://www.fs.usda.gov/working-with-us/tribal-relations/national-consultation, last visited June 9, 2025.

c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tele: (202) 305-5689 | Fax: (505) 346-7205
emma.hamilton@usdoj.gov

*Attorney for Federal Defendants*

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Emily Feenstra Rooks (with permission)*
Emily Feenstra Rooks (Alaska Bar No. 2002009)
Assistant Attorney General
Ron W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
State of Alaska, Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Email: emily.rooks@alaska.gov
 ron.opsahl@alaska.gov

*Attorneys for Plaintiff State of Alaska, Department of Natural Resources*

LUKE A. WAKE*
DAMIEN M. SCHIFF*
JEFFREY W. McCOY*
CHARLES T. YATES*

By: */s/ Luke A. Wake (with permission)*
LUKE A. WAKE, *Pro Hac Vice*
Cal. Bar No. 264647

*Pro Hac Vice           *Attorneys for Plaintiffs*
*Inside Passage Electric Cooperative*
*and Alaska Power Association*

*SOA v. USDA, et al.*                                        Case No. 3:23-cv-0203-SLG
Joint Status Report                                                    Page 4 of 6
Case 3:23-cv-00203-SLG   Document 79   Filed 07/09/25   Page 4 of 6

JAMES F. CLARK

By: /s/ *James F. Clark (with permission)*
James F. Clark, Alaska Bar No. 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Email: jfclarkiii@gmail.com
Ph: (907) 586-0122; Cell: (907) 723-6952

*Attorney for Plaintiffs, Frank H. Murkowski et al.*

*SOA v. USDA, et al.*     Case No. 3:23-cv-0203-SLG
Joint Status Report     Page 5 of 6
Case 3:23-cv-00203-SLG     Document 79     Filed 07/09/25     Page 5 of 6

# CERTIFICATE OF SERVICE

I certify that on July 9, 2025, the foregoing **Joint Status Report of Plaintiffs and Federal Defendants** was served electronically on all parties listed on the CM/ECF system.

/s/ Emma L. Hamilton
Emma L. Hamilton
U.S. Department of Justice

SOA v. USDA, et al.
Joint Status Report
Case No. 3:23-cv-0203-SLG
Page 6 of 6
Case 3:23-cv-00203-SLG   Document 79   Filed 07/09/25   Page 6 of 6