| | |
|---|---|
| Katharine S. Glover<br>Eric P. Jorgensen<br>EARTHJUSTICE<br>325 Fourth Street<br>Juneau, AK 99801<br>907.586.2751<br>kglover@earthjustice.org<br>ejorgensen@earthjustice.org<br><br>Jeremy C. Lieb<br>EARTHJUSTICE<br>441 W 5th Avenue Suite 301<br>Anchorage, AK 99501<br>907.277.2500<br>jlieb@earthjustice.org | Jaclyn Prange<br>Alexander Hall<br>NATURAL RESOURCES<br>DEFENSE COUNCIL<br>111 Sutter Street, 21st Floor<br>San Francisco, CA 94104<br>415.875.6100<br>jprange@nrdc.org<br>ahall@nrdc.org<br><br>Garett R. Rose<br>NATURAL RESOURCES<br>DEFENSE COUNCIL<br>1152 15th Street NW<br>Washington DC 20005<br>202.289.6868<br>grose@nrdc.org |

*Attorneys for Intervenor-Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA,<br><br>    *Plaintiff*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE *et al.*,<br><br>    *Defendants,*<br><br>    *and*<br><br>ORGANIZED VILLAGE OF KAKE et al.,<br><br>    *Intervenor-Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-cv-00203-SLG<br>(consolidated) |

| | | |
|---|---|---|
| INSIDE PASSAGE ELECTRIC COOPERATIVE *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-00204-SLG (consolidated) |
| *Plaintiffs*, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF AGRICULTURE *et al.*, | | |
| *Defendants*, | | |
| and | | |
| ORGANIZED VILLAGE OF KAKE et al., | | |
| *Intervenor-Defendants.* | | |
| GOVERNOR FRANK H. MURKOWSKI, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-0010-SLG (consolidated) |
| *Plaintiffs*, | | |
| v. | | |
| TOM VILSACK *et al.*, | | |
| *Defendants*, | | |
| and | | |
| ORGANIZED VILLAGE OF KAKE et al., | | |
| *Intervenor-Defendants.* | | |

**MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Local Civil Rule 11.1(c)(1)(B), Intervenor-Defendants Organized Village of Kake, Hoonah Indian Association, Ketchikan Indian Community, Organized Village of Kasaan, The Boat Company, Uncruise, Alaska Longline Fishermen's

*State of Alaska. v. U.S. Dep't of Agric.*,   2
Nos. 3:23-cv-00203-SLG; 3:23-cv-00204-SLG; 1:23-cv-0010-SLG (consolidated)

Association, Alaska Wilderness League, Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, Natural Resources Defense Council, Sierra Club, Southeast Alaska Conservation Council, The Wilderness Society, and Women's Earth and Climate Action Network hereby move for leave to withdraw Alexander Hall and to substitute Jaclyn H. Prange as counsel in the above-captioned consolidated cases. Ms. Prange's Application to Appear Pro Hac Vice was granted on March 21, 2025.

Mr. Hall's last day of employment with Natural Resources Defense Council is August 1, 2025.

Katharine S. Glover, Eric P. Jorgenson, Jeremy C. Lieb, Jaclyn Prange, and Garett R. Rose will remain as counsel for Intervenor-Defendants.

Respectfully submitted this 30th day of July, 2025,

/s/ Jaclyn H. Prange
Jaclyn H. Prange (California Bar No. 270929)
(admitted *pro hac vice*)
Alexander Hall (California Bar No. 354050)
(admitted *pro hac vice*)
Garett R. Rose (D.C. Bar No. 1023909)
(admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
EARTHJUSTICE

*Attorneys for Intervenor-Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a copy of the foregoing proposed order was served electronically on all counsel of record using the CM/ECF system.

        /s/ *Jaclyn H. Prange*
        Jaclyn H. Prange (California Bar No. 270929)
        (admitted *pro hac vice*)
        NATURAL RESOURCES DEFENSE COUNCIL