ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tele: (202) 305-5689 | Fax: (505) 346-7205
emma.hamilton@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00203-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00204-SLG <br><br> CONSOLIDATED |

| | |
|---|---|
| GOVERNOR FRANK MURKOWSKI, *et al.*, | Case No. 1:23-cv-00010-SLG |
| Plaintiffs, | CONSOLIDATED |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants, | |
| ORGANIZED VILLAGE OF KAKE, *et al.*, | |
| Intervenor-Defendants. | |

**JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS**

In response to this Court's order, dated January 27, 2026 (ECF No. 86), Plaintiffs and Federal Defendants hereby submit this report to apprise the Court of the status of this litigation. Plaintiffs and Federal Defendants jointly submit that:

1.      On December 11, 2024, this Court issued a case management order denying all pending motions without prejudice and allowing refiling after April 1, 2025. ECF No. 67.

2.      On April 8, 2025, Plaintiffs and Federal Defendants submitted a joint report notifying the Court that new agency officials at the Department of Agriculture and the Department of Justice are in the process of familiarizing themselves with the issues presented in this case and related litigation, and required additional time to navigate potential position realignments and to discuss alternative resolutions to this litigation. ECF No. 75.

3.      The Parties previously reported the Department of Agriculture notified Tribal and Alaska Native Corporation leaders of the opportunity to consult on proposed revisions to 36 C.F.R. Part 294 that would place a temporary moratorium on all activities and privileges authorized by the 2023 final rule challenged in this litigation and reinstate the final rule entitled "Special Areas; Roadless Area Conservation; National Forest System Lands in Alaska," 85 Fed. Reg. 68688 (October 29, 2020),[1] and a tribal forum on the proposed was held on August 5, 2025.

4.      On August 29, 2025, notice of the Department of Agriculture's intent to prepare an environmental impact statement ("EIS") and rulemaking "rescind[ing] the 2001 Roadless Area Conservation Rule (2001 Roadless Rule) (66 FR 3244, 36 CFR Subpart B (2001))," was published in the Federal Register.  *See* Attachment A; 90 Fed. Reg. 42,179 (Aug. 29, 2025).

5.      The Notice states that, "[a]s directed by Executive Order 14153: Unleashing Alaska's Extraordinary Resource Potential, the proposed rule will expressly exclude the Tongass National Forest from the 2001 Roadless Rule. The EIS will evaluate the impacts of the proposed rule rescission and study alternatives for roadless area conservation on National Forest System lands, including the Tongass National Forest, in the context of multiple use resource management."  90 Fed. Reg. 42,180.

6.      The Notice further states that "This action is also being proposed in accordance with Executive Order 14153, Unleashing Alaska's Extraordinary Resource

[1] *See* https://www.fs.usda.gov/working-with-us/tribal-relations/national-consultation, last visited June 9, 2025.

*SOA v. USDA, et al.*                                                                      Case No. 3:23-cv-0203-SLG
Joint Status Report                                                                        Page 3 of 7

Potential, section 3(c), which directs that the Secretary of Agriculture ''shall reinstate'' the 2020 Alaska Roadless Rule (85 FR 68688) which exempted the Tongass National Forest from the 2001 Roadless Rule." 90 Fed. Reg. 42,181. And "the proposed rule will expressly exclude the Tongass National Forest from the 2001 Roadless Rule." *Id.*

7. The parties previously reported that a Proposed Rule and Draft EIS are planned for public release in Spring 2026. USDA continues to work on the Proposed Rule and Draft EIS. On March 6, 2026, the Proposed Rule was sent to the Office of Information and Regulatory Affairs for review.[2] The parties propose filing a status report in 60 days either advising the Court on the parties' progress toward case resolution or proposing a schedule to renew cross-motions for summary judgment.

8. Intervenor-Defendants have confirmed that they do not oppose this filing.

DATED: March 24, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

By: */s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tele: (202) 305-5689 | Fax: (505) 346-7205
emma.hamilton@usdoj.gov

---

[2] *See* https://www.reginfo.gov/public/do/eoReviewSearch, last visited March 23, 2026.

*SOA v. USDA, et al.*                                                        Case No. 3:23-cv-0203-SLG
Joint Status Report                                                              Page 4 of 7
Case 3:23-cv-00203-SLG     Document 89     Filed 03/24/26     Page 4 of 7

*Attorney for Federal Defendants*

STEPHEN J. COX
ATTORNEY GENERAL

By: */s/ Emily Feenstra Rooks (with permission)*
Emily Feenstra Rooks (Alaska Bar No. 2002009)
Assistant Attorney General
Ron W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
State of Alaska, Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Email: emily.rooks@alaska.gov
 ron.opsahl@alaska.gov

*Attorneys for Plaintiff State of Alaska, Department of Natural Resources*

LUKE A. WAKE*
DAMIEN M. SCHIFF*
JEFFREY W. McCOY*
CHARLES T. YATES*

By: */s/ Luke A. Wake (with permission)*
LUKE A. WAKE, *Pro Hac Vice*
Cal. Bar No. 264647

*\*Pro Hac Vice*  *Attorneys for Plaintiffs*
*Inside Passage Electric Cooperative*
*and Alaska Power Association*

*SOA v. USDA, et al.* Case No. 3:23-cv-0203-SLG
Joint Status Report Page 5 of 7
Case 3:23-cv-00203-SLG Document 89 Filed 03/24/26 Page 5 of 7

JAMES F. CLARK

By: */s/ James F. Clark (with permission)*
James F. Clark, Alaska Bar No. 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Email: jfclarkiii@gmail.com
Ph: (907) 586-0122; Cell: (907) 723-6952

*Attorney for Plaintiffs, Frank H. Murkowski et al.*

*SOA v. USDA, et al.*                                    Case No. 3:23-cv-0203-SLG
Joint Status Report                                         Page 6 of 7
Case 3:23-cv-00203-SLG    Document 89    Filed 03/24/26    Page 6 of 7

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2026, the foregoing **Joint Status Report of Plaintiffs and Federal Defendants** was served electronically on all parties listed on the CM/ECF system.

/s/ Emma L. Hamilton
Emma L. Hamilton
U.S. Department of Justice

*SOA v. USDA, et al.*                                      Case No. 3:23-cv-0203-SLG
Joint Status Report                                              Page 7 of 7
Case 3:23-cv-00203-SLG     Document 89     Filed 03/24/26     Page 7 of 7