ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3543
john.tustin@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Plaintiff,<br>v.<br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>Federal Defendants,<br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br>Intervenor-Defendants. | Case No. 3:23-cv-00203-SLG<br>CONSOLIDATED<br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br>Federal Defendants,<br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br>Intervenor-Defendants. | Case No. 3:23-cv-00204-SLG<br>CONSOLIDATED |

| | |
|---|---|
| GOVERNOR FRANK MURKOWSKI, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br>Federal Defendants,<br>ORGANIZED VILLAGE OF KAKE, *et al.*,<br>Intervenor-Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

**JOINT STATUS REPORT OF PLAINTIFFS AND FEDERAL DEFENDANTS**

In response to this Court's orders, dated November 24, 2025 (Dkt. 86) and July 28, 2026 (Dkt. 94), Plaintiffs and Federal Defendants submit this joint status report to apprise the Court of the status of this litigation since the last joint status report, filed on July 27, 2026 (Dkt. 93).

1. On August 20, 2026, the United States Forest Service, United States Department of Agriculture (USDA), issued a proposed rule and request for public comment. 91 Fed. Reg. 53,827 (Aug. 20, 2026). The proposed rule would rescind the 2001 Roadless Area Conservation Rule, 36 C.F.R. Part 294, Subpart B. Comments were originally due September 21, 2026. A draft environmental impact statement and cost benefit analysis were published simultaneously with the proposed rule.

2. In early September, USDA extended the comment period to October 6, 2026. 91 Fed. Reg. 57841 (Sept. 11, 2026).

3. Between September 29 and October 1, 2026, the Forest Service has scheduled four public subsistence hearings to evaluate potential impacts on subsistence uses in

Alaska of the proposed rescission of the Roadless Area Conservation Rule. *See* https://www.fs.usda.gov/r10/newsroom/releases/forest-service-hold-alaska-subsistence-hearings).

4. The parties propose to file a status report in 60 days to either advise the Court on the parties' progress toward case resolution or propose a schedule to renew cross-motions for summary judgment.

5. Intervenor-Defendants have confirmed that they do not oppose this filing.

DATED: September 24, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*/s/ John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3543
john.tustin@usdoj.gov

*Attorneys for Federal Defendants*

CORI MILLS
ACTING ATTORNEY GENERAL

*/s/ Ron W. Opsahl (with permission)*
Emily Feenstra Rooks (Alaska Bar No. 2002009)
Assistant Attorney General
Ron W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General

State of Alaska, Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5232
emily.rooks@alaska.gov
ron.opsahl@alaska.gov

*Attorneys for Plaintiff State of Alaska, Department of Natural Resources*

LUKE A. WAKE
DAMIEN M. SCHIFF
JEFFREY W. McCOY
CHARLES T. YATES

*/s/ Luke A. Wake (with permission)*
LUKE A. WAKE, Pro Hac Vice
Cal. Bar No. 264647

*Attorneys for Plaintiffs Inside Passage Electric Cooperative and Alaska Power Association*

JAMES F. CLARK

*/s/ James F. Clark (with permission)*
James F. Clark, Alaska Bar No. 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
jfclarkiii@gmail.com
(907) 586-0122; (907) 723-6952

*Attorney for Plaintiffs, Frank H. Murkowski et. al.*